United States District Court
Southern District of New York
---------------------------------------------------

United States of America,

                -against-                    **ORDER**

                                                22 MJ. 1926-1

Jonathan Rivera,

                    Defendant.
---------------------------------------------------

Upon the application of defendant Jonathan Rivera, it is hereby ORDERED that the Westchester County Jail shall produce Mr. Rivera to participate in a videoconference, on two occasions, each occasion lasting no more than two consecutive hours, with his attorney's retained expert evaluator, Dr. Richard B. Krueger, at dates and time in May 2022 or June 2022 convenient to all parties.

SO ORDERED.

Dated: 5/23/22
White Plains, New York

                                                    Honorable Paul E. Davison
                                                    United States Magistrate Judge